UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  CHAPTER 13
    Stephen Collias  CASE NO. 17-46407-mbm
        JUDGE Marci B. McIvor
    Debtor,
               /

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of John Z. Kallabat, Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed through attorney fees by application; and, that the portion of such claim which has not already been paid, shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]
- ☒ Debtor's Plan payments shall be $300.00 bi-weekly effective July 27, 2017.
- ☒ Debtor will amend Schedule I and provide to the Chapter 13 Trustee and Creditor, US REIF 325 North Old Woodward Michigan, LLC updated proof of income for debtor and non-filing spouse on a semi-annual basis beginning December, 2017.
- ☒ Debtor's Plan payments shall increase to $390.21 bi-weekly effective September 1, 2021.

APPROVED

/s/ Lisa K. Mullen (P55478) attorney for:      /s/ John Z. Kallabat (P49891)
DAVID WM. RUSKIN      Kallabat & Associates, P.C.
Chapter 13 Standing Trustee      Attorney for Debtor(s)

/s/ Joel E. Grand (P51261)
Grand & Grand PLLC
Attorney for US REIF North Old Woodward Michigan, LLC

**Signed on August 02, 2017**



/s/ Marci B. McIvor

**Marci B. McIvor
United States Bankruptcy Judge**