UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: STEPHEN COLLIAS          Ch 13
Case # 17-46407
Judge: Marci B. McIvor

**Debtor**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 02, 2017, I served a copy of the Order Confirming Plan by enclosing the same in an envelope with first class postage fully prepaid, addressed to the following:

STEPHEN COLLIAS and,

Creditors as they appear on the attached pacer printed matrix

Dated: June 05, 2019

/s/ Lori Reinwasser
Lori Reinwasser
Kallabat & Associates, PC
31000 Northwestern Hwy.,
Suite 201
Farmington Hills, MI 48334
ecf@kallabatlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 17-46407-mbm<br>Eastern District of Michigan<br>Detroit<br>Wed Jun  5 14:12:37 EDT 2019 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial Lease Trust<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Blue Cross Blue Sheild<br>PO Box 321065<br>Detroit, MI 48232-1065 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Stephen Konstantine Collias<br>17310 Beechwood<br>Beverly Hills, MI 48025-5522 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Detroit Medical Center<br>Detroit Receiving<br>Dept. 641450<br>PO Box 67000<br>Detroit, MI 48267-0002 | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Joel E. Grand<br>31731 Northwestern Hwy<br>Suite 151<br>Farmington Hills, MI 48334-1662 | Grand & Grand<br>31731 Northwestern Highway<br>Suite 115<br>Farmington Hills, MI 48334-1601 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| John Henke<br>29800 Telegraph Rd<br>Southfield, MI 48034-1338 | Johnson Matrix Fitness System Corp.<br>1610 Landmark Drive<br>Cottage Grove, WI 53527-8967 | John Z. Kallabat<br>31000 Northwestern Highway<br>Suite 201<br>Farmington Hills, MI 48334-2595 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citi Held for Asset<br>Issuance 2015-PM2<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Prosper Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC  29603-0587 | O'Reilly Rancillio P.C.<br>12900 Hall Road<br>Suite 350<br>Sterling Heights, MI 48313-1174 | Pawnee Leasing<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525-5735 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Prosper<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 |
| Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | US Attorney<br>211 West Fort Street<br>Suite 2300<br>Detroit, MI 48226-3269 |
| US Reif 325 North Old Woodward Michigan, LLC<br>30100 Telegraph Rd, Ste 366<br>Bingham Farms, MI 48025-5800 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)US Reif 325 North Old Woodward Michigan, L
30100 Telegraph Rd, Ste 366
Bingham Farms, MI 48025-5800

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28