# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In Re: STEPHEN COLLIAS          Ch 13
                                                           Case # 17-46407
                                                           Judge: Phillip J. Shefferly
                             **Debtor**
_____/

## FIRST POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN PURUSANT TO L.B.R. 3015-2(B) AND F.R. Bankr.P 3015(g)

The Debtor seeks a modification of the Chapter 13 Plan as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on April 27, 2017.

2. The Chapter 13 Plan was confirmed on August 2, 2017.

3. The current Chapter 13 Plan payment is $3,156.00 bi-weekly which became effective June 8, 2020.

4. The Debtor is seeking a Plan that proposes a 100% dividend to unsecured creditors.

5. A 100% Plan will no longer require Debtor to remit any future Federal tax refunds. Debtor requests this start for the 2019 tax year.

6. A 100% Plan will also no longer require the Debtor to amend schedule I and provide to the Chapter 13 Trustee and Creditor, US REIF 325 North Old Woodward Michigan LLC updated proof of income for Debtor and non-filing spouse on a semi-annual bases per the Order Confirming Plan entered August 2, 2017.

7. A 100% Plan will also allow Debtor to retain all profit sharing or bonuses the non-filing spouse or Debtor receives for the remainder of the case.

8. Debtor is also seeking to eliminate the step payment scheduled to take effect on September 1, 2021 in the amount of $390.21 bi-weekly.

9. The Debtor is seeking to increase his Plan payment from $3,156.00 bi-weekly to $7,055.63 monthly effective July 20, 2020. Debtor is requesting a monthly deduction as the commission checks he receives once a month are much larger than the bi-weekly payments he receives for his hourly wages.

10. Debtor seeks to excuse the missed payments in the amount of $2,555.76. The Plan payment increase to $7,055.63 monthly is enough to fund the Plan moving forward and paying this in would just overfund the Plan.

11. Debtor's Plan is currently running timely.

12. An amended Schedule I-J will be filed contemporaneously with this Plan Modification.

13. Allowing the Debtor to modify his Plan to a 100% Plan and to not require the Debtor to remit future tax refunds starting with 2019 tax year, remit amended schedule I on a semi-annual basis, remit any profit sharing or bonuses the non-filing spouse or Debtor, eliminate the step payment scheduled to take effect on September 21, 2021 and increase his Plan payment from $3,156.00 bi-weekly to $$7,055.63 monthly effective July 20, 2020 and excuse the missed payments in the amount of $2,555.76 will not cause an adverse impact to the unsecured creditors in the Chapter 13 Plan as they will receive 100% dividend of the claims filed.

**WHEREFORE**, the Debtor is requesting that the Court modify his Chapter 13 Plan to become a 100% Plan and in which he would no longer be required to remit future tax refunds starting with 2019 tax year, amended schedule I on a semi-annual basis, remit any profit sharing or bonuses the non-filing spouse or Debtor, eliminate the step payment scheduled to take effect on September 21, 2021, increase his Plan payment from $3,156.00 bi-weekly to $7,055.63 monthly effective July 20, 2020 and excuse the missed payment in the amount of $2,555.76.

| | |
|---|---|
| Dated: July 20, 2020 | /s/ John Z. Kallabat<br>John Z. Kallabat (P49891)<br>Kallabat & Associates, P.C.<br>Attorney for the Debtor(s)<br>31000 Northwestern Hwy.<br>Suite 201<br>Farmington Hills, MI 48334<br>248-647-6611<br>ecf@kallabatlaw.com |

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | 2,825.00 | 0.00 | 2,825.00 | 2,825.00 | 0.00 |
| **JEWELRY** | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | 700.00 | 0.00 | 700.00 | 700.00 | 0.00 |
| **VEHICLES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **401(k): Fidelity** | 26,200.00 | 0.00 | 26,200.00 | 26,200.00 | 0.00 |
| **IRA: Ameriprise** | 14,000.00 | 0.00 | 14,000.00 | 14,000.00 | 0.00 |
| **Term Life Insurance Policy through employer (no cash value)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 7,960.42

Amount Available in Chapter 7 $ 0.00

**BSS** Bankruptcy Software Specialists **13Network**
Kallabat & Associates     Case Query

David Ruskin Detroit MI (det)
Enter Case Number, Name, Social Security Number, or @1st Address Line: [   ] Go
LogOut Now

**PROFILE** | **PARTIES** | **PAY SCHEDS** | **PAYEES** | **FINANCIALS** | **PLAN CALC 1** |

Recently Accessed Cases: 17-46407-PJS Stephen Konstanti

**17-46407-PJS** Stephen Konstantine Collias  (xxx-xx-5544) 17310 Beechwood • • Beverly Hills • MI • 48025  **$3,156.00 BW/**

| Bar Date(s): | 9/5/2017 (has passed) 10/24/2017 |
| Confirmed: | 8/2/2017 |
| Case Status: | Interim Review - Z (8/2/2022) |

Print Inquiry    Trustee: David Wm. Ruskin    Attorney: KALLABAT & ASSOCIATES PC

The data on these pages has not been audited and is provided for general information only.

35 Month(s) since Confirmation UP = $0.00   TPI = $30,112.24   TPILR = $30,112.24   BOH = $5,513.93   BOH+FEES = $6,026.15

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | KALLABAT & ASSOCIATES PC | $8,358.70 | | $1,800.00 | | | $1,800.00 | |
| | **DEBTOR REFUND** | | | | | | | |
| 2 | Stephen Konstantine Collias | | | | | | | |
| | **EXECUTORY CONTRACT/LEASE** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **CURRENT MORTGAGE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **Mortgage Arrears** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 14 | INTERNAL REVENUE SERVICE | $12,707.42 | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **All Unsecured Creditors** | **Total Unsecured** | | | **Percent Allowed** | | **Amount Allowed** | |
| 17 | | 165111.28 | | | 100 | | $165,111.28 | |

Change Line# [0] OK      Plan Terms [25] Calc     Unsecured % [100] Calc    Due to Creditors:   $0.00    $182,416.70
Restart                                                                    In from Debtor:    $7,055.63  $182,416.90
Trustee's % [8.5]
Lump Sum $ [6,026.15]

**Debtor 1 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| QUICKEN LOANS | $7,055.63 | MONTHLY | $ | ? |
| Stephen Konstan | $0.00 | WEEKLY | $ | ? |

Delete Line [0] OK

**Debtor 2 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

13Network                Your Chapter 13 Information Management System                ©2020 BSS LLC.



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: STEPHEN COLLIAS           Ch 13
                                                   Case # 17-46407
                                                   Judge: Phillip J. Shefferly

                            **Debtor**
_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED
## CHAPTER 13 PLAN MODIFICATION

   The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

   If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

   If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

   Objections to the attached proposed chapter 13 plan modification shall be served on the following: Attorney for Debtor: Attorney for Debtor(s): Kallabat & Associates, P.C., 31000 Northwestern Hwy., Ste 201, Farmington Hills, MI 48334: Chapter 13 Trustee: David Wm. Ruskin, 26555 Evergreen Rd., Suite 1100, Southfield, MI 48076.

Dated: July 20, 2020                                              /s/ John Z. Kallabat
                                                                            John Z. Kallabat (P49891)
                                                                            Kallabat & Associates, P.C.
                                                                            Attorney for the Debtor(s)
                                                                            31000 Northwestern Hwy.
                                                                            Suite 201
                                                                            Farmington Hills, MI 48334
                                                                            248-647-6611
                                                                            ecf@kallabatlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In Re: STEPHEN COLLIAS　　　　　　　　　Ch 13
　　　　　　　　　　　　　　　　　　　　　Case # 17-46407
　　　　　　　　　　　　　　　　　　　　　Judge: Phillip J. Shefferly
　　　　　　　　　　Debtor
_____/

## ORDER REGARDING THE FIRST POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN

The above named Debtor having filed a Notice of the First Post Confirmation Modification of the Chapter 13 Plan Petition and the Court being otherwise fully advised in the premises,

　　IT IS ORDERED THAT:

a) Debtor's Plan will be modified to a 100% Plan.
b) Debtor will no longer be required to remit any future Federal tax refunds starting the 2019 tax year to the Chapter 13 Trustee.
c) Debtor will no longer be required to amend schedule I and provide to the Chapter 13 Trustee and Creditor, US REIF 325 North Old Woodward Michigan LLC updated proof of income for Debtor and non-filing spouse on a semi-annual bases per the Order Confirming Plan entered August 2, 2017.
d) Debtor may retain all profit sharing or bonuses the non-filing spouse or Debtor receives for the remainder of the case.
e) The step payment scheduled to take effect on September 1, 2021 in the amount of $390.21 bi-weekly is eliminated.
f) The Debtor's Plan payment is increased from $3,156.00 bi-weekly to $7,055.63 monthly effective July 20, 2020.
g) The Debtor's missed payment in the amount of $2,555.76 is excused.
h) In all other respects, the plan, as last modified, remains in full force and effect.


Proposed

In Re: STEPHEN COLLIAS            Ch 13
Case # 17-46407
Judge: Phillip J. Shefferly

                     Debtor
_____/

## PROOF OF SERVICE

I hereby certify that on July 20, 2020, I served a copy of the First Post-Petition Plan Modification by enclosing the same in an envelope with first class postage fully prepaid, addressed to the following:

David Wm Ruskin

And I hereby certify that on July 20, 2020, I served a copy of the above named documents by enclosing the same in envelopes with first class postage fully prepaid, addressed to the following non-ECF participants:

Bennie & Linda Gordon
16838 Asbury Park
Detroit, MI 48235

Parties as they appear on the attached pacer printed matrix, not including those which will receive electronic notice of the filing from the ECF system.

Dated: July 20, 2020                                /s/ Lori Reinwasser
Lori Reinwasser
Kallabat & Associates, P.C.
Paralegal
31000 Northwestern Hwy.
Suite 201
Farmington Hills, MI 48334
248-647-6611
ecf@kallabatlaw.com
P-49891

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 17-46407-pjs<br>Eastern District of Michigan<br>Detroit<br>Mon Jul 20 13:32:26 EDT 2020 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial Lease Trust<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Blue Cross Blue Sheild<br>PO Box 321065<br>Detroit, MI 48232-1065 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Stephen Konstantine Collias<br>17310 Beechwood<br>Beverly Hills, MI 48025-5522 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Detroit Medical Center<br>Detroit Receiving<br>Dept. 641450<br>PO Box 67000<br>Detroit, MI 48267-0002 | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Joel E. Grand<br>31731 Northwestern Hwy<br>Suite 151<br>Farmington Hills, MI 48334-1654 | Grand & Grand<br>31731 Northwestern Highway<br>Suite 115<br>Farmington Hills, MI 48334-1601 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| John Henke<br>29800 Telegraph Rd<br>Southfield, MI 48034-1338 | Johnson Matrix Fitness System Corp.<br>1610 Landmark Drive<br>Cottage Grove, WI 53527-8967 | John Z. Kallabat<br>31000 Northwestern Highway<br>Suite 201<br>Farmington Hills, MI 48334-2595 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citi Held for Asset<br>Issuance 2015-PM2<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Prosper Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC  29603-0587 | O'Reilly Rancillio P.C.<br>12900 Hall Road<br>Suite 350<br>Sterling Heights, MI 48313-1174 | (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Prosper<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 |
| Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | US Attorney<br>211 West Fort Street<br>Suite 2300<br>Detroit, MI 48226-3269 |
| US Reif 325 N Old Woodward MI<br>c/o Grand & Grand PLLC<br>31731 Northwestern Hwy, Ste 115<br>Farmington Hills MI 48334-1654 | US Reif 325 North Old Woodward Michigan, LLC<br>30100 Telegraph Rd, Ste 366<br>Bingham Farms, MI 48025-5800 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Pawnee Leasing<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)US Reif 325 North Old Woodward Michigan, L
30100 Telegraph Rd, Ste 366
Bingham Farms, MI 48025-5800

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29